IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTIFIED MOVING & STORAGE COMPANY, LLC, and CERTIFIED INSTALLATION SERVICES, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.,<br><br>        Defendants. | 8:21-CV-427<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' October 19, 2022, Notice of Stipulation of Dismissal with Prejudice. Filing 51. The Stipulation is signed by the remaining parties and consents to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and without any costs, attorneys' fees, or rights of appeal. Under District policy, such a dismissal requires an order of the Court. Accordingly,

IT IS ORDERED that the parties' request for dismissal in their October 19, 2022, Notice of Stipulation of Dismissal with Prejudice, Filing 51, is granted and pursuant to that Stipulation this action is dismissed with prejudice and without any costs, attorneys' fees, or rights of appeal.

Dated this 21st day of October, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge